UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 5:20-cr-79-gwc-1 |
| | ) | |
| MELISSA GEORGE | ) | |

**UNOPPOSED MOTION FOR RELEASE ON**
**CONDITIONS TO RESIDENTIAL SUBSTANCE ABUSE TREATMENT**

Melissa George, through counsel, respectfully moves for her release on conditions to residential substance abuse treatment at the Valley Vista facility in Vergennes, Vermont, to be followed by residence at an approved sober house in Chittenden County. The grounds for this motion are as follows.

**Guilty Plea, Continued Release on Conditions Pending Sentencing, and Revocation of Release**. On April 9, 2021, pursuant to a plea agreement (Doc. 37), Ms. George entered a plea of guilty to a one-count Information (Doc. 36) charging her with conspiracy to distribute heroin and cocaine base. Finding exceptional reasons, the Court continued her release on conditions pending sentencing. On motion of the government (Doc. 58), and following an evidentiary hearing held July 26, 2021, the Court revoked Ms. George's release, finding she violated her release conditions by using cocaine. The Court indicated at the hearing that it would be open to considering a structured release plan for Ms. George.

**Sentencing Continued Without Government Opposition to Provide for Development of Structured Release Plan**. On August 2, 2021, the Court granted Ms. George's unopposed motion to continue her sentencing (Doc. 67). Sentencing has been rescheduled to November 30, 2021. Defense counsel sought this continuance to develop and propose a structured release plan necessary to qualify Ms. George for possible government referral to Burlington Federal Drug

Court. *Id.* The motion recited that the plan would include admission to an approved residential substance abuse treatment facility, followed by residence in an approved sober house located within Chittenden County. *Id.*

**Structured Release Plan**. Defense counsel has now been notified by Valley Vista that Ms. George has been authorized for admission to residential substance abuse treatment. The first available opening is Friday, September 24, 2021. Following residential treatment, Valley Vista will coordinate Ms. George's admission to a Chittenden County sober house operated by Vermont Foundation for Recovery.

**Discussion of Plan with the Attorneys for the Government and Non-Opposition**. Counsel has discussed this proposed release plan with the attorneys for the government, and the government does not oppose Ms. George's release to Valley Vista followed by residence in a Chittenden County sober living facility.

**Conditions Requested**. Per email communication, Valley Vista has requested that any release conditions require Ms. George "to sign irrevocable Releases of Information for Law Enforcement, as well as Attorneys and Probation (when applicable)." Valley Vista "would also prefer any Conditions of Release to read that [Ms. George] is required to comply with all recommendation of the treatment team." Ms. George also will need a COVID test within 5 days of admission unless she has been fully vaccinated. Ms. George consents to these requested conditions.

WHEREFORE, it is respectfully requested that the Court authorize Ms. George's release on conditions for transport by a family member and admission to Valley Vista in Vergennes, Vermont on or about September 24, 2021.

Dated: September 3, 2021

/s/ *Gregory S. Mertz*
Gregory S. Mertz
Attorney at Law
2 Church Street, Suite 2G
P.O. Box 923
Burlington, VT 05402-0923
(802) 448-3674
gmertz@mertzlawfirm.com

*CJA Counsel for Melissa George*